Date: 01/12/11         ✓# 3014         # 129213         Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 3014 Dated 01/12/11
Case Number 09-35560 - COOK, TERIC HOWARD

FILED
2011 JAN 19 PM 1:44
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Oxley, Malone, Hollister, O'Malley<br>301 East Main Cross St<br>PO Box 1086<br>Findlay, OH 45839<br>    (1-1) legal services | 000001 | 551.93 | 1.16 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000004 | 704.23 | 1.48 |
| Fostoria Ace Hardware<br>1656 N Countyline St<br>Fostoria, OH 44830 | 000005 | 1,048.25 | 2.21 |
| The First Ohio Credit Union, Inc.<br>1650 N. Countyline Street<br>Fostoria, OH 44830 | 000007 | 1,622.99 | 3.41 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000010 | 637.33 | 1.34 |
| Vly Emp Coll<br>11707 E Montgomery<br>Spokane, WA 99206 | 000011 | 98.11 | 0.21 |
| Vly Emp Coll<br>11707 E Montgomery<br>Spokane, WA 99206 | 000012 | 231.00 | 0.49 |
| The Papers Incorporated<br>PO Box 188<br>Milford, IN 46542-0188 | 000014 | 1,200.00 | 2.52 |
| Ohio Bureau of Workers' Compensation<br>PO Box 15567<br>Columbus, Oh 43215-0567<br>    (16-1) Taxes - Bureau of Workers'<br>Compensation premiums due pursuant to Ohio Revised Code 4123.35 | 000016A | 2,181.04 | 4.59 |

Printed: 01/12/11 10:19 AM  Ver: 4.01c

---------- Remittance Total ---------------                                     8,274.88        17.41

_____
DOUGLAS A. DYMARKOWSKI, Trustee